No. 980. VIRGINIA RAILWAY & POWER COMPANY ET AL., PETITIONERS, *v.* CHARLES HALL DAVIS. May 8, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied.

*Mr. E. Randolph Williams, Mr. Eppa Hunton, Jr., Mr. Henry W. Anderson, Mr. Charles Howland* and *Mr. Arthur H. Van Brunt* for the petitioners. *Mr. James Mann* for the respondent.